*Solicitor General Perlman, Acting Assistant Attorney General Slack* and *John Lockley* for the United States.

No. 152. MONDAKOTA GAS CO. *v.* MONTANA-DAKOTA UTILITIES CO. C. A. 9th Cir. Certiorari denied. *Edward S. Shattuck* for petitioner. *John C. Benson* for respondent.

No. 158. OCHS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Carbery O'Shea* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Louise Foster* for respondent.

No. 159. WITT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 161. MACHATY *v.* ASTRA PICTURES, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Henry Pearlman* for petitioner. *Melvin A. Albert* for respondents.

No. 162. ASTRA PICTURES, INC. *v.* EUREKA PRODUCTIONS, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Melvin A. Albert* for petitioner. *Henry Pearlman* for respondents.

No. 163. DEENA PRODUCTS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Sidney R. Zatz* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.